UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KUBANYCH SADYRBAEV,

Petitioner,

v.

WARDEN OF NORTHWEST ICE PROCESSING CENTER, et al.,

Respondents.

CASE NO. 2:26-cv-04165-JHC

ORDER

This matter comes before the Court on Petitioner's Emergency Ex Parte Motion for a Temporary Restraining Order. Dkt. # 2.

In this District, "[m]otions for temporary restraining orders without notice to and an opportunity to be heard by the adverse party are disfavored and will rarely be granted." LCR 65(b)(1); *see also Orozco Valle v. Scott*, 2025 WL 3471850, at *1 (W.D. Wash. Dec. 2, 2025) ("[E]x parte relief is extraordinary[.]"). Due to the Court's Scheduling Order at Dkt. # 4, Respondents shall file a return to the petition at Dkt. # 1 no later than November 12, 2026, and Respondents shall provide Petitioner at least seven days' notice prior to any action to move or

transfer Petitioner from the Western District of Washington or to remove him from the United States. *See id.* The Court thus does not find that Petitioner has met the high standard for ex parte injunctive relief at this time.

Accordingly, the Court: (1) DENIES Petitioner's Motion for a Temporary Restraining Order (Dkt. # 2) without prejudice; (2) DIRECTS the parties to proceed with the briefing schedule for the petition set forth in the Court's Scheduling Order (Dkt. # 4); and (3) DIRECTS the Clerk to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

DATED this 29th day of October, 2026.

John H. Chun
United States District Judge